1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                          **DISTRICT OF NEVADA**

6

7    UNITED STATES OF AMERICA,              )
                                            )
8                   Plaintiff,              )      Case No.  2:10-cr-00341-RLH-GWF
                                            )
9    vs.                                    )      **ORDER**
                                            )
10   SARON WRIGHT,                          )
                                            )
11                  Defendant.              )
     _____)

12

13       This matter is before the Court on the Defendant's Motion to Withdraw Motion to

14   Suppress for Fourth Amendment Violations (#40) filed January 13, 2011.  Upon review and

15   consideration,

16       **IT IS ORDERED** that Defendant's Motion to Withdraw Motion to Suppress for Fourth

17   Amendment Violations (#40) is **granted.**  Defendant's Motion to Suppress for Fourth

18   Amendment Violations (#17) is **withdrawn**.

19       DATED this 13th day of January, 2011.

20

21                                            _____
                                              GEORGE FOLEY, JR.
22                                            United States Magistrate Judge

23

24

25

26

27

28