# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-341-RLH (GWF) |
| ) | |
| SARON WRIGHT, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 11, 2011, defendant SARON WRIGHT pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Counts One and Two with Felon in Possession of a Firearm in violations of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant SARON WRIGHT agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and Plea Memorandum and the offense to which defendant SARON WRIGHT pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a Davis Industries Derringer, .32 caliber handgun, bearing serial number 461972;

   2. a Remington Model 1911, .45 caliber semi-automatic handgun, bearing serial number 1287168;

   3. a Springfield Model XD40, .40 caliber semi-automatic handgun, bearing serial number US190553;

   4. a Smith and Wesson, .40 caliber semi-automatic handgun, bearing serial number MRA2721; and

   5. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of SARON WRIGHT in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

MICHAEL A. HUMPHREYS
Assistant United States Attorney
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 19th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on January 18, 2011 by the below identified method of service:

<u>Electric Filing</u>

Brenda Weksler
Federal Public Defender
411 E. Bonneville Ave.
Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
Counsel for Saron Wright

                                            /s/AlexandraMMcWhorter
                                            ALEXANDRA M. MCWHORTER
                                            Forfeiture Support Associate Paralegal