**FILED**

MAY -3 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-341-RLH (GWF) |
| SARON WRIGHT, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On January 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461(c), based upon the plea of guilty by defendant SARON WRIGHT to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and the Bill of Particulars and shown by the United States to have a requisite nexus to the offense to which defendant SARON WRIGHT pled guilty. Docket #1, #38, #39, #43.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 27, 2011, February 3, 2011, and February 10, 2011, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #44.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:

  a.. a Davis Industries Derringer, .32 caliber handgun, bearing serial number 461972;

  b. a Remington Model 1911, .45 caliber semi-automatic handgun, bearing serial number 1287168;

  c.. a Springfield Model XD40, .40 caliber semi-automatic handgun, bearing serial number US190553;

  d. a Smith and Wesson, .40 caliber semi-automatic handgun, bearing serial number MRA2721; and

  e. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _3-1_ day of _May_, 2011.

_____
UNITED STATES DISTRICT JUDGE