Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Saron Wright**

Case Number: **2:10CR00341**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **May 3, 2011**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **38 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **December 31, 2012**

Name of Assigned Judicial Officer: **Honorable Philip M. Pro**

## SUMMARY

Mr. Wright has been on supervision for more than two years. The offender married a woman about one year into his supervision. Mr. Wright and this woman share a child together. Wright's spouse has a large family in the Philippines. The spouse's father is terminally ill, and Mrs. Wright wishes to have her husband accompany her on a trip to see her ailing father.

The undersigned officer has no objection to Mr. Wright traveling to the Philippines. He has been compliant with all terms of his supervision and he has been employed since his release. It is respectfully requested that Mr. Wright be permitted to travel to the Philippines.

Respectfully submitted,

*[signature]* For  Steven M. Goldner
2015.02.18 08:59:37 -08'00'

Steve M. Goldner
Senior United States Probation Officer

RE: Saron Wright

Form 12 - Travel
D/NV Form
Rev. June 2014
Approved:

*signature* Robert G. Aquino
2015.02.18 08:46:29 -08'00'

Robert Aquino
Supervisory United States Probation Officer

## THE COURT ORDERS

X   Requested Travel is Approved

☐   Requested Travel is Denied

☐   Other

*signature*
Signature of Judicial Officer

February 18, 2015